# Exhibit "N"

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

| | |
|---|---|
| Elaine Johnson, *on behalf of herself and others similarly situated*, | ) Civil Action No. 5:23-cv-522-GAP-PRL |
| | ) |
| | ) Jury Trial Demanded |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| United HealthCare Services, Inc., | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

## PLAINTIFF'S EXPERT DISCLOSURE (JOHN SIMBACH)

In line with Fed. R. Civ P. 26(a)(2), the court's related orders, and Elaine Johnson and United HealthCare Services, Inc.'s related agreements, Ms. Johnson discloses the expert report of John Simbach.

Dated: June 28, 2024          */s/ Aaron D. Radbil*
Aaron D. Radbil (lead counsel)
James L. Davidson
Jesse S. Johnson
GREENWALD DAVIDSON RADBIL PLLC
5550 Glades Road, Suite 500
Boca Raton, FL 33431
Tel: (561) 826-5477
aradbil@gdrlawfirm.com
jdavidson@gdrlawfirm.com
jjohnson@gdrlawfirm.com



**Forensic Risk Alliance**
2550 M Street NW
Washington DC
20037

Tel: +1 (401) 714 6815

www.forensicrisk.com

1. My name is John Simbach, and I am a Partner and Head of Forensic Technology at Forensic Risk Alliance ("FRA").

2. At FRA, my work is concentrated on data analytics, forensic investigations, and disputes.

3. My curriculum vitae is attached here as Exhibit 3.

4. Greenwald Davidson Radbil PLLC ("GDR") engaged FRA to perform analysis of a .xlsx file entitled "United_00000232" ("the file").

5. GDR provided FRA a brief description of the file's contents and instructed FRA to perform certain analyses of those contents, including:

- Counting the total number of records ("calls")

- Counting the number of unique telephone numbers found among the records

- Counting the number of calls which occurred in certain date ranges specified by GDR

- Counting and aggregating other subsets of the records

6. Based on the instructions noted above, and to perform the analyses requested, FRA performed the following:

- Imported the file contents into Microsoft SQL Server

- Performed quality control procedures before undertaking analyses

- Combined the contents of each file tab

- Created a field that calculates the number of days between select date fields and, based on this calculation, assigned a date range group

- Authored and executed various queries to return results for the requested analyses, including:

  o Identifying the total number of calls included in the file

UK | US | France | Sweden | Switzerland | UAE | South Korea

"Partner" refers to senior employees of the Limited Liability Company



- Identifying the number of unique telephone numbers included in the file

- Preparing two tables, based on the aforementioned date range groups, containing the number of unique telephone numbers, the number of calls by phone type and total, and the percentage of total calls.

  - The first iteration contains date range groups based on each individual record (refer to Exhibit 1) and the second contains date range groups based on the minimum value of a date field, per telephone number (refer to Exhibit 2).

- A table containing, for each unique telephone number, *wrong_updated_date* values, the number of calls, a field combining the number of calls per *calldate* value, *Standard_Phone_Line_Type values*, and the number of calls for each *Standard_Phone_Line_Type* value.

7. The results of FRA's analysis of the file are found and summarized in the exhibit(s) attached to this declaration.

8. For this study FRA has been paid $9,417.50.

Sincerely,
Sincerely,

John Simbach

jsimbach@forensicrisk.com

+1(216)956-8284

*Exhibit 1: Aggregate number of calls and unique phone numbers before/after call dates based on individual records.*

| Date Range | Landline - Calls | Landline - Unique Phone Numbers | Mobile - Calls | Mobile - Unique Phone Numbers | Total - Calls | Total - Unique Numbers | Total % - Calls |
|---|---|---|---|---|---|---|---|
| Calls on Wrong-Updated Date | | | | | | | |
| Calls within 7 days before Wrong-Updated Date | | | | | | | |
| Calls within 14 days before Wrong-Updated Date | | | | | | | |
| Calls within 30 days before Wrong-Updated Date | | | | | | | |
| Calls within 60 days before Wrong-Updated Date | | | | | | | |
| Calls within 120 days before Wrong-Updated Date | | | | | | | |
| Calls within 150 days before Wrong-Updated Date | | | | | | | |
| Calls within 180 days before Wrong-Updated Date | | | | | | | |
| Calls within 210 days before Wrong-Updated Date | | | | | | | |
| Calls within 240 days before Wrong-Updated Date | | | | | | | |
| Calls within 270 days before Wrong-Updated Date | | | | | | | |
| Calls within 300 days before Wrong-Updated Date | | | | | | | |
| Calls within 330 days before Wrong-Updated Date | | | | | | | |
| Calls within 365 days before Wrong-Updated Date | | | | | | | |
| Calls over 365 days before Wrong-Updated Date | | | | | | | |
| Calls within 7 days after Wrong-Updated Date | | | | | | | |
| Calls within 14 days after Wrong-Updated Date | | | | | | | |
| Calls within 30 days after Wrong-Updated Date | | | | | | | |
| Calls within 60 days after Wrong-Updated Date | | | | | | | |

FRA Classification: PUBLIC



| Date Range | Landline - Calls | Landline - Unique Phone Numbers | Mobile - Calls | Mobile - Unique Phone Numbers | Total - Calls | Total - Unique Numbers | Total % - Calls |
|---|---|---|---|---|---|---|---|
| Calls within 120 days after Wrong-Updated Date | | | | | | | |
| Calls within 150 days after Wrong-Updated Date | | | | | | | |
| Calls within 180 days after Wrong-Updated Date | | | | | | | |
| Calls within 210 days after Wrong-Updated Date | | | | | | | |
| Calls within 240 days after Wrong-Updated Date | | | | | | | |
| Calls within 270 days after Wrong-Updated Date | | | | | | | |
| Calls within 300 days after Wrong-Updated Date | | | | | | | |
| Calls within 330 days after Wrong-Updated Date | | | | | | | |
| Calls within 365 days after Wrong-Updated Date | | | | | | | |
| Calls over 365 days after Wrong-Updated Date | | | | | | | |
| Unknown Wrong-Updated Date | | | | | | | |



Exhibit 2: Aggregate number of calls before/after calls based on earliest Wrong Updated Date per telephone number.

| Date Range | Landline - Calls | Landline - Unique Phone Numbers | Mobile - Calls | Mobile - Unique Phone Numbers | Total - Calls | Total - Unique Numbers | Total % - Calls |
|---|---|---|---|---|---|---|---|
| Calls on Wrong-Updated Date | | | | | | | |
| Calls within 7 days before Wrong-Updated Date | | | | | | | |
| Calls within 14 days before Wrong-Updated Date | | | | | | | |
| Calls within 30 days before Wrong-Updated Date | | | | | | | |
| Calls within 60 days before Wrong-Updated Date | | | | | | | |
| Calls within 120 days before Wrong-Updated Date | | | | | | | |
| Calls within 150 days before Wrong-Updated Date | | | | | | | |
| Calls within 180 days before Wrong-Updated Date | | | | | | | |
| Calls within 210 days before Wrong-Updated Date | | | | | | | |
| Calls within 240 days before Wrong-Updated Date | | | | | | | |
| Calls within 270 days before Wrong-Updated Date | | | | | | | |
| Calls within 300 days before Wrong-Updated Date | | | | | | | |
| Calls within 330 days before Wrong-Updated Date | | | | | | | |
| Calls within 365 days before Wrong-Updated Date | | | | | | | |
| Calls over 365 days before Wrong-Updated Date | | | | | | | |
| Calls within 7 days after Wrong-Updated Date | | | | | | | |
| Calls within 14 days after Wrong-Updated Date | | | | | | | |



| Date Range | Landline - Calls | Landline - Unique Phone Numbers | Mobile - Calls | Mobile - Unique Phone Numbers | Total - Calls | Total - Unique Numbers | Total % - Calls |
|---|---|---|---|---|---|---|---|
| Calls within 30 days after Wrong-Updated Date | | | | | | | |
| Calls within 60 days after Wrong-Updated Date | | | | | | | |
| Calls within 120 days after Wrong-Updated Date | | | | | | | |
| Calls within 150 days after Wrong-Updated Date | | | | | | | |
| Calls within 180 days after Wrong-Updated Date | | | | | | | |
| Calls within 210 days after Wrong-Updated Date | | | | | | | |
| Calls within 240 days after Wrong-Updated Date | | | | | | | |
| Calls within 270 days after Wrong-Updated Date | | | | | | | |
| Calls within 300 days after Wrong-Updated Date | | | | | | | |
| Calls within 330 days after Wrong-Updated Date | | | | | | | |
| Calls within 365 days after Wrong-Updated Date | | | | | | | |
| Calls over 365 days after Wrong-Updated Date | | | | | | | |
| Unknown Wrong-Updated Date | | | | | | | |

Exhibit 3: John C. Simbach Curriculum Vitae

## CURRICULUM VITAE

**Forensic Risk Alliance –** *Washington, DC*                                              **2023 – Present**
*Partner*

*Global Forensic Technology Leader, responsible for directing overall strategy and direction, leading a team of technologists to deliver insights from structured and unstructured data, and designing innovative client-focused solutions.*

*Responsibilities Include:*

♦ Directing overall technology strategy for the Forensic Technology practice and tactically managing its execution by identifying and leveraging the right business and technology resources, establishing standard procedures and risk-mitigation protocols, and effectively allocating technology funding.

♦ Concurrently managing multiple complex investigations and regulatory response projects at both client sites and remotely, including developing project schedules, managing resourcing and budgets, and monitoring projects to completion.

♦ Planning and conducting interviews with organizational staff, agents, and management through C-suite executives to garner relevant facts, establish timelines, develop relationships, and prepare findings and recommendations.

♦ Creating both internal and external networks and drawing on relationships developed to identify new opportunities, locate critical knowledge and experience, and drive cross-functional teaming.

♦ Fostering teamwork on projects by skillfully leveraging the experience, abilities, and perspectives of a diverse team of professionals, teaching new skills and techniques to team members, cultivating mentoring relationships, and encouraging development of critical thinking skills and processes.

♦ Scoping, proposing, designing, and developing technology solutions for client engagements including determining user and solution requirements, identifying and budgeting resources, and development using agile-based approaches.

♦ Designing processes, procedures, and other technical solutions to meet clients' ongoing compliance requirements through managed business process outsourcing services.

**Ernst & Young L.L.P. –** *Washington, DC*                                              **2004 – 2022**
*Managing Director*

*Client-serving executive within the Fraud Investigation and Dispute Services practice, with a focus on data analytics, forensic investigations, and corporate and governmental compliance.  Architect, develop, and implement forensic software, data analytics, and custom applications for use in client investigations and services.*

*Relevant Representative Experience:*

♦ *US Government Agency* – Architected an entity validation API using Azure PaaS services in Azure Government and subsequently led a development team through implementation and through the FedRAMP accreditation process including the acquisition of its Authorization To Operate (ATO) while serving as the Information System Security Officer (ISSO).

♦ *Pharmaceutical Manufacturer* – Designed, developed, and maintained web-based analytics application used to comply with governmental reporting requirements based on regulations such as the MDRP, PHS 340B, and VA MAS.  Successfully leveraged technology to multiple clients and was a principal in the creation of compliance managed services.  Managed team of system administrators and IT support staff to enable operational model.

♦ *Internal Project* – Spearheaded efforts to build a Life Sciences Revenue Management platform including leveraging cross-organizational and cross-country subject matter and development resources.

♦ *Financial Company* – Designed, developed, and maintained web-based application and supporting technological processes used to facilitate investigations into mortgage underwriting and mortgage-backed securities.

♦ *Technology Manufacturer* – Analyzed GL, AP, AR, PO, and other accounting data from Oracle Financials and proprietary databases as part of a Foreign Corrupt Practices Act (FCPA) investigation.

♦ *Confidential Client* – Reconstructed a custom ERP/accounting system with no documentation to investigate cash payments and receipts, determine actual cash-on-hand, trace revenue and expenses through the system, and develop support for a financial restatement.  On-site support in Europe and Africa.

♦ *Life Sciences Company* – Developed reporting solution, including development of new processes and analysis of billions of lab results, to meet regulatory compliance requirements.

♦ *Global Telecommunications Solutions Provider* – Designed, developed, and maintained web-based software systems to aid in the proper documentation and analysis of journal entries and other financial records as well as documenting vendor contracts.  On-site support in London, England, Hong Kong, and Toronto, Canada.

**JOHN C. SIMBACH**

- *Financial Services Company* – Collected and preserved accounting and trading data from multiple custom-built client systems as part of a large bankruptcy investigation.  Examined data to analyze cash flows as part of an effort to extricate co-mingled customer money as directed by the liquidation trustee.
- *Pharmaceutical Company* – Performed independent oversight of a Revenue Management system implementation including requirements review, approach consultation, data modeling, and development of testing procedures and technology solutions.
- *Defense Contractor* – Combined accounting and manufacturing data from multiple sources to determine the value of work-in-process production and inventory as part of a government contract termination dispute.
- *Internal Project* – Designed and developed evidence management and forensic data extraction solutions to support US eDiscovery operations.  Eliminated manual processes and enabled greater transparency, reporting, and integration with other internal systems.
- *Pharmaceutical Company* – Analyzed prescription data to determine if a relationship existed between off-label drug promotion and physician prescribing behavior as part of a government investigation.
- *Telecommunications Company* – Developed custom application to support local review of email and other electronic documents without internet connectivity as part of a global eDiscovery project.  On-site support in the Netherlands.

**J & J Technical Solutions, Inc. –** *Cleveland, Ohio*                                                              **2002 - 2004**
*Co-founder and President*

Designed and developed software for industrial use including control systems, signal processing, and data processing; software was developed using a mix of technologies including LabVIEW, C++, HTML, and SQL.  Specific examples include a control system for multi-thousand-dollar equipment to evaluate the effectiveness of acoustic seals for a Government Institution and a system that repositions a camera directly over a moving edge of colored water using image recognition for the Mechanical Engineering Department of a College.

**N.A.S.A. Internship, Glenn Research Center –** *Cleveland, Ohio*                                          **2000 –2003**
*Intern*

As an intern, worked independently and as part of multiple N.A.S.A. teams concentrating on research and development.  Specific examples of work performed include enhancing and correcting data acquisition control systems used to collect data from helicopter transmissions test harnesses, developing calibration systems for ISO certification of digital filters, and creation of a documentation generation system for scientific FORTRAN code.

**Freelance Programming and Networking Services –** *Cleveland, Ohio*                                  **1999 – 2003**
*Programmer/Consultant*

Consulted with multiple local businesses to support technology needs.  Specific examples of work performed include networking design, configuration, and support; performing computer diagnostics and repair; and developing web sites and database solutions.

---

## TECHNOLOGY

- Programming Languages – C#, SQL, Python, JavaScript, C/C++
- Cloud/Container – Azure/Azure Government, AWS, GCP, Docker
- SLDC/Automation – Agile, Scrum, Git, CI/CD, Azure DevOps, Ansible, PowerShell
- Databases/ETL – SQL Server, Oracle Database, PostgreSQL, SSIS
- Reporting/Analysis – Tableau, Power BI
- ERP – SAP, Oracle Financials, JD Edwards
- Other – Adobe Photoshop, Microsoft Office

---

## CERTIFICATION

**Certified Fraud Examiner (CFE)** *-- 2007*

## EDUCATION

**Bachelor of Science in Business Administration**          **Bachelor of Science**
Miami University, Oxford, Ohio – *Accounting Physics*          Miami University, Oxford, Ohio – *Engineering*
*Summa cum laude – 2004*          *Summa cum laude – 2004*