# Exhibit "Y"

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA


Elaine Johnson, on            )
behalf of herself and         )
others similarly              )
situated,                     ) Civil Action No.:
     Plaintiff,               ) 5:23-cv-00522-GAP-PRL
                              )
v.                            )
                              )
United HealthCare             )
Services, Inc.,               )
     Defendant.               )


DEPOSITION OF DAVID KALAT, an expert witness on

behalf of United Healthcare Services, Inc., in the

above-entitled cause, taken remotely from Chicago,

Illinois, before Susan Lozzi, Registered

Professional Reporter and Notary Public in and for

the Commonwealth of Massachusetts, pursuant to the

Federal Rules of Civil Procedure, on Thursday,

September 26, 2024, commencing at 11:00 a.m.



EcoScribe Solutions
www.EcoScribeSolutions.com
888.651.0505

their bills before the number gets taken away from them, so since prepaid plans tend to be more popular with lower income consumers, there is a tendency for people on the lower end of the -- of the income spectrum to experience it at a greater rate.

Q.   Given the rates of cellular cellphone number reassignment, is it your expectation that United Healthcare will sometimes place calls to persons who are not its members?

MS. DELONE:  Object to form.

A.   I think given -- regardless of the rate of number reassignment, that -- that's an issue that businesses are likely to encounter.

Q.   Do you have an understanding as to whether United utilizes the FCC's Reassigned Numbers Database?

MS. DELONE:  Object to form.

A.   I don't recall discussing that.  I don't think I know that one way or the other.

Q.   Let me take a step back.  Are you familiar what the FCC Reassigned Numbers Database is?

A.   Yes, I am.

Q.   And from a high level, what is the FCC's Reassigned Numbers Database?

MS. DELONE:  Objection.

A.    No.

Q.    Did you identify any person who you believe to be a member of the Proposed Class who consented to receiving prerecorded calls from United?

MS. DELONE:  Objection.  Calls for a legal conclusion.

A.    I'm not sure I understand your question.

Q.    Right.  I'm asking if -- well, let me ask it this way:  Other than Ms. Johnson, you did not identify any person who you believe meets the class definition, is that fair?

A.    Yes, that's correct.

Q.    Okay.  So it therefore follows then that, again, separating Ms. Johnson, you did not identify any person who you believe to be a member of the Proposed Class and who provided consent to United to receive calls with a prerecorded voice?

MS. DELONE:  Objection.

A.    Yes.  I have no opinion about that.

Q.    Okay.  All right.  Let's go to Paragraph 42.

(Reviewing document.)

it's only that Ms. Johnson subsequently gets the phone number and there is discrepancy between the record for Ms. Silberstein and the identity of Ms. Johnson that -- that she becomes -- that she has the -- the -- the issue that she presents.

So treating all of these as reassigned numbers for the purposes of this analysis gets us to the same answer that we would get regardless of whether the numbers are correctly enrolled in the first place or not.

Q.   Okay.  So then does it matter to you that United may have had consent at one point to call a plan holder if that number actually was the plan holder's; whereas, if it's a wrong number, United may not have had consent at all in the first place? Does that distinction matter to your analysis?

MS. DELONE:  Object to form.

A.   What I'm saying is that if -- if a number is enrolled correctly for a person and subsequently reassigned and you can then identify the new user of that phone number and they are not a member and, therefore, were not involved in giving consent in the first place, that scenario is functionally the same as one to which the number is incorrectly

assigned.  The number is never reassigned, but there is a different user of that phone number at all times and you can identify that person and because they were not a member they did not provide consent, so those two scenarios are functionally the same.

Q.   Okay.  Turning to Paragraph 63, the last two lines, and we're referring to Ms. Peak's report, you say "I assume she does not intend to perform any analysis on the First Seen or Last Seen dates."  Do you see that?

(Reviewing document.)

A.   I do.

Q.   We started talking about this earlier, but outside of this -- your work in this case, do you have an opinion as to the reliability of the first seen or last seen dates provided by reverse append vendors?

A.   Those dates reflect dates on documents or -- or data that the vendor has received from its suppliers in which that consumer identity and that phone number are associated.

So there is some kind of documentation that exists in the world and has been passed through these channels that associates that person with that